Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Southern District of Mississippi

_____ Division ?

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 15 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Case No. 3:24-cv-635-CWR-LGI
*(to be filled in by the Clerk's Office)*

John Milton Saguine (MDOC #114935)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

1. Burl Cain, Commissioner, MDOC
2. Mississippi Department of Corrections (MDOC) as an Entity
3. VitalCore Health ~~Care~~ Strategies (as an Entity)

**SEE ATTACHED #1**  *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: John Milton Saguing
   All other names by which you have been known:
   ID Number: MDOC # 114935
   Current Institution: South Mississippi Correctional Inst.
   Address: P.O. Box 1419
   Leakesville, MS 39451
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
       Name: Mr. Burl Cain
       Job or Title (if known): Commissioner, MDOC
       Shield Number:
       Employer: MS Dept. of Corrections
       Address: 301 N. Lamar St.
       Jackson, MS 39201
       City / State / Zip Code
       [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
       Name: Mississippi Department of Corrections
       Job or Title (if known): as an entity
       Shield Number:
       Employer:
       Address: 301 N. Lamar St.
       Jackson, MS 39201
       City / State / Zip Code
       [ ] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: VitalCore Health Strategies (as an entity)
Job or Title (if known):
Shield Number:
Employer:
Address: 719 S.W. Van Buren St., Suite 100
Topeka, KS 66603
City / State / Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
Name: Ms Viola Riggins
Job or Title (if known): CEO, VitalCore Health Strategies
Shield Number:
Employer: VitalCore Health Strategies
Address: 719 S.W. Van Buren St., Suite 100
Topeka, KS 66603
City / State / Zip Code

☑ Individual capacity    ☑ Official capacity

Continued on attachment 2

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and Unusual Punishment, US Const Amendment 8
Denial of life, liberty, property and equal protection of the law - US Const Amend 14 -

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Prisoners are to be given, at least, a minimum level of medical care by all legal precedent, custom, and usage, to prevent them from being maimed, mutilated, tortured, or killed - Defendants both collectively and individually practiced BLATANT DELIBERATE INDIFFERENCE leading to Plaintiff first being blinded and finally to the injury specifically sued for here - the physical mutilation of the loss of his left eye - see a memoradum brief which will follow

III. Prisoner Status and include specificity and detail Defendant collective and individual failings

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

n/a

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. Saguin's (Plaintiff's) injuries began at the Mississippi State Penitentiary and continuing through this date with the actual loss of Plaintiff's left eye in November of 2023 - Injuries began in 2014 - (see attachment 3 and continue to date at South Mississippi Correctional Institution

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Injuries began in 2014 & continue to date - see attachment 3.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* See attachment 3

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Plaintiff was first blinded in his left eye and then suffered the mutilation of surgical removal of the left orbit made necessary by the deliberate indifference of the Defendant's where they have CONTINUOUSLY refused to have Plaintiff treated by a qualified eye specialist - the ONLY physician capable of managing the complexities of Plaintiff's eye disease - GLAUCOMA and where MDOC, Centurion and VitalCore do not provide onsight or any physician qualified to care for same

see attachment 3

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff demands Declaratory relief, Injunctive relief, Compensatory damages, Punitive damages, and Special damages see attachment 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Mississippi Department of Corrections, MSP, SMCI

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Declaratory and Injunctive relief They have no authority to respond to monetary claims

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   South MS Corr. Inst.

2. What did you claim in your grievance? Compensation, guarantee of appropriate specialty care

3. What was the result, if any? Claim rejected for lack of authority to address monetary claims

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   resubmitted claim without the monetary demand - claim denied - appeal taken - appeal denied - see attachments

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

            1.    If there are any reasons why you did not file a grievance, state them here:

            2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) John Saguing
   Defendant(s) Jaworski Mallett et al.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   MS, Southern District

3. Docket or index number
   ~~3:20cv-182-FKB~~ 3:20 CV 000-182-FKB

4. Name of Judge assigned to your case
   Magistrate F Keith Ball

5. Approximate date of filing lawsuit
   March 20, 2020

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Case ERRONEOSLY dismissed for failure to exhaust administrative remedies. Appealed to 5th Circuit - affirmed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? no

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 9 2024

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: John Seguins
Prison Identification #: 114935
Prison Address: SMCI, P.O. Box 1419
Leakesville, MS 39451

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
   City / State / Zip Code

Telephone Number: _____
E-mail Address: _____